Neal J. Fialkow (State Bar No. 74385)
nfialkow@pacbell.net
James S. Cahill (State Bar No. 70353)
jscahilllaw@aol.com
Law Office of Neal J. Fialkow, Inc.
215 North Marengo Avenue, Third Floor
Pasadena, California 91101
Telephone: (626) 584-6060
Facsimile:  (626) 584-2950

Sahag Majarian II (State Bar No. 146621)
sahagii@aol.com
Law Offices of Sahag Majarian, II
18250 Ventura Blvd.
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile:  (818) 609-0892

Attorneys for Plaintiff, MARTINA HERNANDEZ, an individual
and on behalf of all others similarly situated

[Additional Counsel of Record Information Appears on the Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTINA HERNANDEZ, an individual, appearing individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> DMSI STAFFING LLC, ROSS STORES, INC. and DOES 1 through 30, inclusive, <br><br> Defendants. | Case No.:  3:14-CV-01531-EMC <br><br> ASSIGNED TO THE HONORABLE EDWARD M. CHEN <br><br> STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER <br><br> Date:           January 29, 2015 <br> Time:          1:15 p.m. <br> Courtroom:  5, 17th Floor <br><br> Complaint Filed: February 27, 2014 <br> Trial Date:        Not yet set |

STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER, 3:14-CV-01531-EMC

1  Gregory D. Wolflick (SBN 108699)
   David B. Simpson (SBN 106326)
2  Zoe J. Sussman (SBN 288118)
   Wolflick & Simpson
3  130 N. Brand Blvd.
   Suite 410
4  Glendale, CA 91203
   Telephone: (818) 243-8300
5  Facsimile:  (818) 243-0122
   Email: greg@wolfsim.com; dave@wolfsim.com; zoe@wolfsim.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
NEAL J. FIALKOW
215 N. MARENGO AVE.
THIRD FLOOR
PASADENA, CA 91101
(626) 584-6060

STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER, 3:14-CV-01531-EMC - 0

## STIPULATION

WHEREAS, on November 13, 2015 the Parties appeared for hearing on Defendants' motion to compel arbitration and further case management conference. At the hearing Counsel for Plaintiff made an oral Motion to Dismiss Plaintiff's claim under the Private Attorney General Act, California Labor Code section 2698 et seq. The Court ordered Plaintiff to make his request to dismiss the PAGA claim in writing and the Parties to submit supplemental briefs on Plaintiff's request to dismiss the PAGA claim. The parties submitted such supplemental briefs and the Court then took the matter under submission. The Court set a further case management conference for January 29, 2015 and directed the Parties to file an updated joint case management conference statement by January 22.

WHEREAS, the Court has not ruled on Defendants' motion to compel arbitration.

WHEREAS, on January 7, 2015 the Parties participated in an ADR Phone Conference with ADR attorney, Mr. Daniel Bowling. In view of the undecided motion to compel arbitration, the ADR Phone Conference was continued to February 18, 2015.

WHEREAS, there has been no discovery and no other hearings are scheduled in this case.

WHEREAS, the Parties concur that the January 29, 2015 further case management conference should be continued for 45 days.

///

///

///

**LAW OFFICES OF NEAL J. FIALKOW**
215 N. MARENGO AVE.
THIRD FLOOR
**PASADENA, CA 91101**
(626) 584-6060

IT IS HEREBY STIPULATED by and between attorneys for the Parties that the January 29, 2015 further case management conference be continued to March 17, 2015 or to a date as ordered by the Court at 1:30 p.m.

Dated:  January  , 2015                          LAW OFFICE OF NEAL J. FIALKOW, INC.


By:  _____/s/ James S. Cahill_____
    Neal J. Fialkow
    James S. Cahill
    Attorneys for Plaintiff, Martina
    Hernandez, individually and on behalf
    of all others similarly situated.

Dated:  January  , 2015                          WOLFLICK & SIMPSON


By:  ____/s/Gregory D. Wolflick_____
    Gregory D. Wolflick
    David B. Simpson
    Attorneys for Defendants, DMSI
    Staffing, LLC and Ross Stores

### Signature Attestation

Pursuant to Civil Rule 5-1(i)(3) I hereby attest that all signatures are listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

LAW OFFICE OF NEAL J. FIALKOW, INC.


By:  _____/s/ James S. Cahill_____
    Neal J. Fialkow
    James S. Cahill
    Attorneys for Plaintiff, Martina
    Hernandez, individually and on behalf
    of all others similarly situated.

**LAW OFFICES OF**
**NEAL J. FIALKOW**
215 N. MARENGO AVE.
THIRD FLOOR
**PASADENA, CA 91101**
(626) 584-6060

STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER, 3:14-CV-01531-EMC - 2

## **ORDER**

Having read the foregoing Stipulation of the Parties and good cause appearing,

IT IS HEREBY ORDERED that the further case management conference is continued from January 29, 2015 to March <sup>26</sup>, 2015 at ~~1:30 p.~~m.  10:30 a.m.

IT IS FURTHER ORDERED that the Parties need not file their joint further case management on January 22, 2015.

IT IS FURTHER ORDERED that the Parties are to file an updated joint case management conference statement five (5) court days before the continued further case management conference.

DATED: 1/22/15



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

_____
E. Chen
Judge

LAW OFFICES OF
NEAL J. FIALKOW
215 N. MARENGO AVE.
THIRD FLOOR
PASADENA, CA 91101
(626) 584-6060

STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER, 3:14-CV-01531-EMC - 3