GREGORY D. WOLFLICK (SBN 108699)
DAVID B. SIMPSON (SBN 106326)
WOLFLICK & SIMPSON
130 N. Brand Boulevard, Suite 410
Glendale, California 91203
Tel: (818) 243-8300; Fax: (818) 243-0122
greg@wolfsim.com; dave@wolfsim.com

Attorneys for Defendants ROSS STORES, INC. and
DMSI STAFFING, LLC

[Additional Counsel of Record Information Appears on Next Page]

## UNITED STATES DISCTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTINA HERNANDEZ, an individual, appearing individually and on behalf of all others similarly situated, | CASE NO.: 3:14-CV-01531- EMC<br><br>[Honorable Edward M. Chen] |
| Plaintiff, | **PARTIES' JOINT REPORT RE: FUTURE PROCEEDINGS FOLLOWING COURT'S ORDER ON DEFENDANTS' MOTION TO COMPEL ARBITRATION** |
| vs. | |
| DMSI STAFFING LLC, ROSS STORES, INC.; and DOES 1 through 30, inclusive, | |
| Defendants. | Date:      March 26, 2015<br>Time:      10:30 a.m.<br>Location:  450 Golden Gate Avenue<br>            San Francisco, CA 94102<br>Courtroom:  5, 17th Floor |
| | *Complaint filed:  2/27/14*<br>*Trial:          Not yet set* |

///

**PARTIES' JOINT REPORT RE: FUTURE PROCEEDINGS FOLLOWING COURT'S ORDER ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**

1   Neal J. Fialkow, Esq. (SBN 74385)
    James S. Cahill, Esq.  (SBN 70353)
2   Law Offices of Neal J. Fialkow, Inc.
3   215 North Marengo Avenue, Third Flr.
    Pasadena, CA 91101
4   Tel:   626-584-6060; Fax:  626-584-2950
5   nfialkow@pacbell.net

6   Sahag Majarian II, Esq.
7   Law Offices of  Sahag Majarian, II
    18250 Ventura Boulevard
8   Tarzana, CA 91356
9   Tel:  818-609-0807; Fax:  818-609-0892
    sahagii@aol.com
10
11  Attorneys for Plaintiff Martina Hernandez

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

2

28  **PARTIES' JOINT REPORT RE: FUTURE PROCEEDINGS FOLLOWING
    COURT'S ORDER ON DEFENDANTS' MOTION TO COMPEL
    ARBITRATION**

1    On February 3, 2015, the Court issued its order granting in part and denying

2  in part Defendants' Motion to Compel Arbitration (Docket No. 39).  At the

3  conclusion of that order, the Court directed the parties to meet and confer regarding

4  their views on how to proceed in light of the Court's holding.

5    The parties have now had an opportunity to meet and confer as the Court

6  ordered.  Based on those discussions, Defendants have advised Plaintiff that

7  Defendants intend to file an appeal of the Court's order and in particular, the

8  Court's denial of Defendants' request to Compel Arbitration of Plaintiff's claim

9  under the Private Attorney General Act, California Labor Code § 2698, et seq.

10    Said appeal must be lodged on or before March 5, 2015.  Defendant will

11  lodge the appeal on or before said date and, well in advance of the next case

12  management conference scheduled in this matter for March 26, 2015.

13    In light of such, the Parties request that once the appeal is lodged, the Court

14  vacate the CMC currently scheduled for March 26, 2015.

15    Respectfully submitted.

16                                        WOLFLICK & SIMPSON

17
    Dated:  February 27, 2015.          By: _____
18
                                          GREGORY D. WOLFLICK
19                                        Attorneys for Defendants DMSI STAFFING,
                                          LLC and ROSS STORES, INC.
20

21  Dated:  February 27, 2015.          LAW OFFICES OF NEAL J. FIALKOW

22  IT IS SO ORDERED that the CMC       By: _____s_____
    is reset from 3/26/15 to 12/17/15
23  at 10:30 a.m.  An updated joint         NEAL J. FIALKOW
    CMC statement shall be filed            JAMES S. CAHILL
24  by 12/10/15.                         Attorneys for Plaintiff MARTINA
                                          HERNANDEZ individually and on behalf
25  _____            of all others similarly situated
    Edward M. Chen
26  U.S. District Judge

27                                        3

28  **PARTIES' JOINT REPORT RE: FUTURE PROCEEDINGS FOLLOWING
    COURT'S ORDER ON DEFENDANTS' MOTION TO COMPEL
    ARBITRATION**

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

1

2

## PROOF OF SERVICE

3

4

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

5

6

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 130 North Brand Boulevard, Suite 410, Glendale, California 91203.

7

8

9

On **February 27, 2015**, I served the foregoing document described as:
**PARTIES' JOINT REPORT RE: FUTURE PROCEEDINGS FOLLOWING COURT'S ORDER ON DEFENDANTS' MOTION TO COMPEL ARBITRATION** addressed as follows:

10

| | |
|---|---|
| Neal J. Fialkow, Esq.<br>LAW OFFICES OF<br>NEAL J. FIALKOW, INC.<br>215 North Marengo Avenue, Third Floor<br>Pasadena, CA  91101<br>Tel:  626-584-6060<br>Fax:  626-584-2950<br>*Attorneys for Plaintiff* | Sahag Majarian II, Esq.<br>LAW OFFICES OF<br>SAHAG MAJARIAN, II<br>18250 Ventura Boulevard<br>Tarzana, CA  91356<br>Tel:  818-609-0807<br>Fax:  818-609-0892<br>*Attorneys for Plaintiff* |

11

12

13

14

15

16

17

18

**XXX** **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)** In accordance with the electronic filing procedures of this Court, service has been effected on the parties above, whose counsel of record is a registered participant in CM/ECF, via electronic service through the CM/CEF system.

19

20

21

22

**XXX** **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

23

24

Executed on February 27, 2015, at Glendale, California.

25

26

_____   /s/   Katie Ferguson

27

28

1

**PROOF OF SERVICE**