NEAL J. FIALKOW (SBN 74385)
nfialkow@pacbell.net
JAMES S. CAHILL (SBN 70353)
jscahilllaw@aol.com
LAW OFFICE OF NEAL J. FIALKOW, INC.
215 N. Marengo Ave., 3rd Floor
Pasadena, CA 91101
Telephone:  (626) 584-6060
Facsimile:   (626) 584-2950

SAHAG MAJARIAN II (SBN 146621)
sahagii@aol.com
LAW OFFICES OF SAHAG MAJARIAN, II
18250 Ventura Blvd.
Tarzana, California 91356
Telephone:  (818) 609-0807
Facsimile:   (818) 609-0892

Attorneys for Plaintiff, MARTINA HERNANDEZ, an individual and on behalf of all others similarly situated

Gregory D. Wolflick (SBN 108699)
greg@wolfsim.com
David B. Simpson (SBN 106326)
dave@wolfsim.com
Zoe J. Sussman (SBN 288118)
zoe@wolfsim.com
Wolflick & Simpson
130 N. Brand Blvd., Suite 410
Glendale, CA 91203
Telephone:  (818) 243-8300
Facsimile:   (818) 243-0122

Attorneys for Defendants DMSI Staffing, LLC and Ross Stores

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTINA HERNANDEZ, an individual, appearing individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>   vs.<br><br>DMSI STAFFING LLC, ROSS STORES, INC. and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No.: 3:14-CV-01531-EMC<br><br>*[Assigned for All Purposes to the Honorable Edward M. Chen, Crtm. 5]*<br><br>**PARTIES' JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Date:**  December 17, 2015<br>**Time:**  10:30 a.m.<br>**Dept.:**  5, 17th Floor<br><br>Complaint Filed:  February 27, 2014<br>Trial Date:          None Set |

1  The Parties hereby submit this Joint Case Management Conference Statement.

On February 3, 2015, the Court issued its Order granting in part and denying in part Defendants' Motion to Compel Arbitration (Dkt. # 39). On March 6, 2015 at the Parties' request the Court reset the further case management conference from March 26, 2015 to December 17, 2015 and directed the Parties to file an updated Joint Report by December 10. (Dkt. # 55).

On February 27, 2015 Defendants filed their Notice of Appeal of the Court's Order denying Defendants' motion to compel individual arbitrations of Plaintiff's Second Cause of Action under the California Private Attorney General Act, ("PAGA"). On August 10, 2015, Defendants submitted their Opening Brief with the United States Court of Appeals for the Ninth Circuit Case. No. 15-15366. On October 23, Plaintiff submitted her Answering Brief with the Ninth Circuit. Defendants' Reply Brief is due on December 4.

Defendants' appeal is undecided. The Ninth Circuit has not scheduled the date for oral argument.

Consequently, the Parties request that the further case management conference be continued from December 17, 2015 by six months pending resolution of Defendants' appeal.

Dated: December 3, 2015            LAW OFFICES OF NEAL J. FIALKOW, INC.

                                   By:       /s/ James S. Cahill
                                              James S. Cahill
                                              Neal J. Fialkow
                                   Attorneys for Plaintiff, Martina Hernandez, individually and on behalf of all others similarly situated.

Dated: December 3, 2015            WOLFLICK & SIMPSON

                                   By:       /s/ Gregory D. Wolflick
                                              Gregory D. Wolflick
                                              David B. Simpson
                                   Attorneys for Defendants, DMSI Staffing, LLC and Ross Stores

**Signature Attestation**

Pursuant to Civil Rule 5-1(i)(3) I hereby attest that all signatures are listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 3, 2015              LAW OFFICES OF NEAL J. FIALKOW, INC.

                                     By:        /s/ James S. Cahill
                                                 James S. Cahill
                                                 Neal J. Fialkow
                                     Attorneys for Plaintiff, Martina Hernandez, individually and on behalf of all others similarly situated.

IT IS SO ORDERED that the further CMC is reset from 12/17/15 to 6/2/16 at 10:30 a.m.  An updated joint CMC statement shall be filed by 5/26/16.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA