1  NEAL J. FIALKOW (SBN 74385)
   nfialkow@pacbell.net
2  JAMES S. CAHILL (SBN 70353)
   jscahilllaw@aol.com
3  LAW OFFICE OF NEAL J. FIALKOW, INC.
   215 N. Marengo Ave., 3rd Floor
4  Pasadena, CA 91101
   Telephone:  (626) 584-6060
5  Facsimile:   (626) 584-2950

6  SAHAG MAJARIAN II (SBN 146621)
   sahagii@aol.com
7  LAW OFFICES OF SAHAG MAJARIAN, II
   18250 Ventura Blvd.
8  Tarzana, California 91356
   Telephone:  (818) 609-0807
9  Facsimile:   (818) 609-0892

10 Attorneys for Plaintiff, MARTINA HERNANDEZ, an individual
   and on behalf of all others similarly situated
11
   Gregory D. Wolflick (SBN 108699)
12 greg@wolfsim.com
   David B. Simpson (SBN 106326)
13 dave@wolfsim.com
   Zoe J. Sussman (SBN 288118)
14 zoe@wolfsim.com
   Wolflick & Simpson
15 130 N. Brand Blvd., Suite 410
   Glendale, CA 91203
16 Telephone:  (818) 243-8300
   Facsimile:   (818) 243-0122
17
   Attorneys for Defendants DMSI Staffing, LLC and Ross Stores

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTINA HERNANDEZ, an individual, appearing individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DMSI STAFFING LLC, ROSS STORES, INC. and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: 3:14-CV-01531-EMC<br><br>*[Assigned for All Purposes to the Honorable Edward M. Chen, Crtm. 5]*<br><br>**PARTIES' JOINT CASE MANAGEMENT CONFERENCE STATEMENT** ; ORDER<br><br>**Date:**  June 2, 2016<br>**Time:**  10:30 a.m.<br>**Dept.:**  5, 17th Floor<br><br>Complaint Filed:  February 27, 2014<br>Trial Date:          None Set |

PARTIES' JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1 The Parties hereby submit this Joint Case Management Conference Statement.

2 On February 3, 2015, the Court issued its Order granting in part and denying in part Defendants' Motion to Compel Arbitration (Dkt. # 39). On February 27, 2015 Defendants filed their Notice of Appeal of the Court's Order denying Defendants' motion to compel individual arbitrations of Plaintiff's Second Cause of Action under the California Private Attorney General Act, ("PAGA"). The Parties have filed their briefs with the Ninth Circuit.

On December 3, 2015 the Court reset the Further Case Management Conference from December 17, 2015 to June 2, 2016 and directed the Parties to file an updated Joint Case Management Conference Statement by May 26, 2016. (Dkt. # 62).

Defendants' appeal is undecided. The Ninth Circuit has not scheduled the date for oral argument.

Consequently, the Parties request that the further case management conference be continued from June 2, 2016 by six months pending resolution of Defendants' appeal.

Dated:  May 3, 2016                     LAW OFFICES OF NEAL J. FIALKOW, INC.

                                        By:_____/s/ James S. Cahill_____
                                                    James S. Cahill
                                                    Neal J. Fialkow
                                        Attorneys for Plaintiff, Martina Hernandez, individually
                                        and on behalf of all others similarly situated.


Dated:  May 3, 2016                     WOLFLICK & SIMPSON

                                        By:_____/s/ Gregory D. Wolflick_____
                                                    Gregory D. Wolflick
                                                    David B. Simpson
                                        Attorneys for Defendants, DMSI Staffing, LLC and Ross Stores

**Signature Attestation**

Pursuant to Civil Rule 5-1(i)(3) I hereby attest that all signatures are listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 3, 2016              LAW OFFICES OF NEAL J. FIALKOW, INC.

By: _____/s/ James S. Cahill_____
James S. Cahill
Neal J. Fialkow
Attorneys for Plaintiff, Martina Hernandez, individually and on behalf of all others similarly situated.

```
IT IS SO ORDERED that the CMC
is reset from 6/2/16 to
12/1/16 at 10:30 a.m.  An updated
joint CMC statement shall be filed
by 11/23/16.
_____
Edward M. Chen
U. S. District Judge
```

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA