Neal J. Fialkow (State Bar No. 74385)
nfialkow@pacbell.net
James S. Cahill (State Bar No. 70353)
jscahilllaw@aol.com
Law Office of Neal J. Fialkow, Inc.
215 North Marengo Avenue, Third Floor
Pasadena, California 91101
Telephone: (626) 584-6060
Facsimile: (626) 584-2950

Sahag Majarian II (State Bar No. 146621)
sahagii@aol.com
Law Offices of Sahag Majarian, II
18250 Ventura Blvd.
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for Plaintiff, MARTINA HERNANDEZ, an individual
and on behalf of all others similarly situated

[Additional Counsel of Record Information Appears on the Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINA HERNANDEZ, an individual, appearing individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DMSI STAFFING LLC, ROSS STORES, INC. and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: 3:14-CV-01531-EMC<br>ASSIGNED TO THE HONORABLE EDWARD M. CHEN<br><br>JOINT STIPULATION OF PARTIES TO DISMISS ACTION WITHOUT PREJUDICE UNDER FED. R. CIV. PROC. 41<br><br>Date: None<br>Time: None<br>Location: Courtroom 5<br><br>Complaint Filed: February 27, 2014<br>Trial Date: Not set |

JOINT STIPULATION OF PARTIES TO DISMISS ACTION WITHOUT PREJUDICE
UNDER FED. R. CIV. PROC. 41

Gregory D. Wolflick (SBN 108699)
David B. Simpson (SBN 106326)
Wolflick & Simpson
130 N. Brand Blvd.
Suite 410
Glendale, CA 91203
Telephone: (818) 243-8300
Facsimile: (818) 243-0122
Email: greg@wolfsim.com; dave@wolfsim.com; zoe@wolfsim.com

LAW OFFICES OF
NEAL J. FIALKOW
215 N. MARENGO AVE.
THIRD FLOOR
PASADENA, CA 91101
(626) 584-6060

JOINT STIPULATION OF PARTIES TO DISMISS ACTION WITHOUT PREJUDICE
UNDER FED. R. CIV. PROC. 41

The Parties, by and through their respective undersigned counsel, hereby stipulate to dismiss this action without prejudice under Federal Rule of Civil Procedure Rule41(a)(1)(A)(ii), which states: "the plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared."

IT IS SO STIPULATED AND AGREED:

Dated: May 17, 2017          LAW OFFICE OF NEAL J. FIALKOW, INC.

By: _____
Neal J. Fialkow
Attorneys for Plaintiff, Martina Hernandez

Dated: May 17, 2017          WOLFLICK & SIMPSON

By: _____
Gregory D. Wolflick
Attorneys for Defendants, DMSI Staffing, LLC and Ross Stores, Inc.

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
NEAL J. FIALKOW
215 N. MARENGO AVE.
THIRD FLOOR
PASADENA, CA 91101
(626) 584-6060

JOINT STIPULATION OF PARTIES TO DISMISS ACTION WITHOUT PREJUDICE UNDER FED. R. CIV. PROC. 41- 1

## Signature Attestation

Pursuant to Civil Rule 5-1(i)(3) I hereby attest that all signatures are listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 28, 2017          LAW OFFICES OF NEAL J. FIALKOW, INC.


By:_____/s/ Neal J. Fialkow_____
            Neal J. Fialkow
Attorneys for Plaintiff, Martina Hernandez

LAW OFFICES OF
NEAL J. FIALKOW
215 N. MARENGO AVE.
THIRD FLOOR
PASADENA, CA 91101
(626) 584-6060

JOINT STIPULATION OF PARTIES TO DISMISS ACTION WITHOUT PREJUDICE UNDER FED. R. CIV. PROC. 41- 2